# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

BAIT PRODUCTIONS PTY LTD.,

     Plaintiff,

v.                                 Case No: 8:13-cv-166-T-30TGW

STEVEN FOX,

     Defendant.

_____

## ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Voluntary Notice of Dismissal (Dkt. #13). Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed with prejudice.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 5th day of April, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-166 dismiss 13.docx